```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
               HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

V.                    NO. 10CR60015-001

GLEN RAY ALLEN                                          DEFENDANT

O R D E R

On this 2nd day of December 2010, there comes on for consideration the report and recommendation filed in this case on November 10, 2010, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 60). No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's *pro se* Motion to Dismiss (Doc. 53) is DENIED.

IT IS SO ORDERED.

```
                       /s/ Robert T. Dawson
                       Honorable Robert T. Dawson
                       United States District Judge
```

**AO72A**
**(Rev. 8/82)**