```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                              PLAINTIFF

V.                      NO. 10CR60015-001

GLEN RAY ALLEN                                        DEFENDANT

O R D E R

Now on this 13th day of December 2010, there comes on for consideration Defendant's objections to the report and recommendation of the Honorable Barry A. Bryant. (Doc. 90). Defendant's objections are untimely. However, the Court has fully considered Defendant's objections and has reviewed this case *de novo*.

On December 2, 2010, the Court found the report and recommendation to be proper and adopted it in its entirety (doc. 74). After consideration of Defendant's untimely objections, the Court again adopts the report and recommendation (doc. 60) and finds the denial of Defendant's pro se Motion to Dismiss (doc. 53) appropriate.

Defendant is advised that any further pleadings must be submitted to the Court by and through his attorney of record.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge