```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                    NO. 10CR60015-001

GLEN RAY ALLEN                                              DEFENDANT

## O R D E R

On this 19th day of January 2011, there comes on for consideration the report and recommendation filed in this case on January 4, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 106). Also before the Court is Defendant's Objection to the Report and Recommendation (doc. 113).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Suppress (doc. 28) is DENIED.

IT IS SO ORDERED.

```
                          /s/ Robert T. Dawson
                          Honorable Robert T. Dawson
                          United States District Judge
```