```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                      NO. 10-CR-60015-001

GLEN RAY ALLEN                                              DEFENDANT

## O R D E R

On this 19th day of December 2014, there comes on for consideration the Report and Recommendation filed in this case on September 12, 2014, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 191). Also before the Court is Defendant's Objection to the Report and Recommendation (doc. 193).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (doc. 187) is DENIED AND DISMISSED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge